UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES SULIIN,<br><br>             Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | ) Case No. EDCV 14-0585-JPR<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 20, 2015 _           JEAN ROSENBLUTH
                               U.S. Magistrate Judge