1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Ronald James Suliin

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 RONALD JAMES SULIIN,              ) Case No.: 5:14-cv-00585-JPR
                                     )
12        Plaintiff,                 ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
13    vs.                            ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,  ) U.S.C. § 1920
15                                   )
          Defendant                  )
16                                   )
   _____    )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $4,263.00 as
20
   authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,
21
   be awarded subject to the terms of the Stipulation.
22
   DATE:  August 7, 2015           /s/ Jean Rosenbluth
23
                                   _____
24                                 THE HONORABLE JEAN P. ROSENBLUTH
                                   UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Lawrence D. Rohlfing*
　　 _____
4 | Lawrence D. Rohlfing
　 | Attorney for plaintiff Ronald James Suliin
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26